# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL ANGEL RAMIREZ,
         Appellant,

vs.

THE STATE OF NEVADA,
         Respondent.

No. 74512

**FILED**

FEB 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on November 16, 2017. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
    Pickering

_____ , J.
    Gibbons

_____ , J.
    Hardesty

cc:    Hon. Kathleen E. Delaney, District Judge
        Miguel Angel Ramirez
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

18.04639